IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Love, Donna M | Case Number: 08 B 03398 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 9/3/08 | Filed: 2/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 11, 2008
Confirmed: April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,153.33 | |
| Secured: | | 60.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 212.73 |
| Other Funds: | | 880.44 |
| Totals: | 4,153.33 | 4,153.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 3,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 1,010.20 | 60.16 |
| 5. | Saxon Mortgage Services Inc | Secured | 39,399.34 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 67.38 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 59.07 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Wells Fargo Auto Finance | Secured | | No Claim Filed |
| 12. | Wells Fargo Auto Finance | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Kedzie Avenue Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Bell West Community CU | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Love, Donna M

Printed: 9/3/08

Case Number: 08 B 03398
Judge: Squires, John H
Filed: 2/14/08

_____     _____
$ 43,635.99      $ 3,060.16

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 212.73 |

_____
$ 212.73

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____